Fill in this information to identify the case:

Debtor name Yodel Technologies, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Keith Hobbs, Et.Al. c/o The Koval Firm, LLC 3575 Piedmont Rd. Building 15, Suite 120 Atlanta, GA 30305 | | Class Action Lawsuit (US District Court, Middle District of Georgia, Columbus Division) | Unliquidated Disputed | | | $5,000,000.00 |
| Squire Patton Boggs LLP 2550 M. Street NW Washington, DC 20037 | | Services | | | | $323,000.00 |
| Zealous Services 30 N. Gould St., Ste. 3789 Sheridan, WY 82801 | | Services | | | | $178,169.63 |
| S.C. Objects Data SRL Address 15, Gheorghe Missail 011541, Sector 1, Bucuresti | | Services | Unliquidated | | | $169,221.50 |
| Aagna Global Solutions, LLC 4001 S. 700 East, Ste. 500 Salt Lake City, UT 84107 | | Services | | | | $45,291.54 |
| EastWest Technology Unit 219 AIC Burgundy Empire Tower, ADB Ave., Ortigas Cnt 1608 Pasig Metro Manila Phillipines | | Services | Unliquidated | | | $35,009.05 |



Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Yodel Technologies, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allen Legal<br>2091 Murrey Halliday Rd.<br>Suite 21<br>Salt Lake City, UT 84117 | | Legal Services | | | | $6,301.20 |
| Renown Holdings Inc<br>PO Box 757<br>Hopwood, PA 15445 | | Legal Services | | | | $1,333.24 |
| Siemboski & Tobler<br>32 E. 100 S., Ste. 203<br>Saint George, UT 84771 | | Legal Services | | | | $655.38 |
| Elcinda Person, Et.Al.<br>c/o The Koval Firm LLC<br>Building 15, Suite 120<br>3575 Piedmont Road<br>Atlanta, GA 30305 | | Class Action Lawsuit (US District Court, Northern District of Georgia, Atlanta Division) | Unliquidated<br>Disputed | | | $0.00 |
| Robert H. Braver, Et.Al.<br>c/o Humphreys Wallace<br>9202 South Toledo Avenue<br>Tulsa, OK 74137 | | Class Action Lawsuit (US District Court, Western District of Oklahoma) | Unliquidated<br>Disputed | | | $0.00 |



Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy